## Venice C. Seaver v. Ferdinand Siegel.

1. JUDGMENT BY CONFESSION—*Waiver of Errors.*—Judgment by confession having been entered against appellant upon a lease, he appeared and asked that it be set aside; the court allowed him to plead to the declaration. He then filed a demurrer, which, being overruled, the court ordered that the judgment should stand as final, unless the defendant should further plead. He elected to stand by his demurrer and prayed an appeal. *It was held,* that the cognovit filed in the case waived all errors.

2. SAME—*Courts of Law Exercise Equitable Jurisdiction.*—Courts of law exercise an equitable jurisdiction over judgments by confession, and on application to set such judgments aside some equitable ground should be shown.

**Memorandum.**—Judgment by confession. Appeal from the Superior Court of Cook County; the Hon. JONAS HUTCHINSON, Judge, presiding. Heard in this court at the March term, 1894, and affirmed. Opinion filed April 30, 1894.

The opinion states the case.

Luther Laflin Mills and John McGaffey, attorneys for appellant.

Willoughby & Binswanger, attorneys for appellee.

Mr. Justice Waterman delivered the opinion of the Court.

Judgment by confession for the sum of $570, having been entered against appellant upon a lease, he appeared and asked that a judgment be set aside; thereupon the court allowed him to plead to the declaration filed in the cause; appellant then filed a demurrer, which demurrer being overruled, he filed a written motion to set aside the order overruling his demurrer; the court refused to grant such motion, and ordered that the judgment heretofore entered should stand as final, unless the defendant should further plead. Appellant elected to stand by his demurrer, and prayed an appeal from the judgment by confession entered as aforesaid.

The cognovit filed in this case contains a waiver of al errors.

All the exceptions urged against the judgment were but errors and were waived.   Hall v. Jones, 32 Ill. 38; Frear v. The Commercial Natl. Bank, 73 Ill. 473; Hall v. Hamilton, 74 Ill. 437.

Courts of law exercise an equitable jurisdiction over judgments by confession, and on application to set such a judgment aside some equitable ground should be shown.   Stahl v. Shipp, 44 Ill. 133.

None is shown here and the judgment is affirmed.